**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| BLACKTOP CREATIVE, LC, , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-3269-CV-DW |
| | ) | |
| BLACKSUITS CREATIVE, LLC,, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Plaintiff's Notice of Dismissal Without Prejudice. (Doc. 6). Pursuant to Federal Rule of Civil Procedure 41(a), the case is hereby DISMISSED WITHOUT PREJUDICE with each party to bear its own costs. The Clerk of the Court shall mark this case as closed.

Date: ___October 23, 2007___          _____/s/ Dean Whipple_____
                                                        Dean Whipple
                                                United States District Judge